# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 <br><br> v. <br><br> EDWIN E. LOLLER and SHARON D. LOLLER | § § § § § § § § § § | Civil Action No. 4:17-CV-528 <br> (Judge Schell/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2018, the report of the Magistrate Judge (Dkt. #20) was entered containing proposed findings of fact and recommendations that Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Assert-Backed Certificates, Series 2006-OPT5's Motion for Default Judgment Against Defendants Edwin E. Loller and Sharon D. Loller (Dkt. #17) be granted and that final default judgment be entered for Plaintiff.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. #17) is **GRANTED** and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED**.

**SIGNED this the 21st day of June, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE